**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GUILLERMO QUINONES,                                                                        PLAINTIFF
REG. #22965-004

v.                                            2:13-cv-00019-DPM-JJV

UNITED STATES OF AMERICA                                                          DEFENDANT

## ORDER

Guillermo Quinones, a federal inmate at the Forrest City Low Federal Correctional Institution (FCI), filed this civil rights action pursuant to *Bivens v. Six Unknown Named Agents,* 403 U.S. 388 (1971). He paid the $350.00 filing fee (Doc. No. 1), but generally, an incarcerated person relies on the Court to order the United States Marshal Service to serve the Summons and Complaint on the Defendant. Unless Plaintiff is going to accomplish service of process at his own expense, he must submit a completed Application to Proceed Without Prepayment of Fees and Affidavit (Application).

Accordingly, Plaintiff shall file an Application within fifteen days of the date of this Order or show proof he is serving Defendants on his own. Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint. *See* Local Rule 5.5(c)(2). The Clerk of the Court shall forward Plaintiff an Application.

IT IS SO ORDERED this 12th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE