IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GUILLERMO QUINONES                                                PLAINTIFF
Reg. # 22965-004

v.                          No. 2:13-cv-19-DPM-JJV

UNITED STATES OF AMERICA                                          DEFENDANT

ORDER

No one has objected to Magistrate Judge Joe J. Volpe's recommendation, № 11, that the Court deny the Government's motion to dismiss Quinones's complaint for imperfect service. Reviewing for legal error and clear factual error, FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Note), the Court adopts Judge Volpe's sensible recommendation with one slight modification.

Motion, № 8, denied without prejudice. The Court directs the Clerk to issue summons and mail them to Quinones today. Quinones must serve the United States as required by Federal Rule of Civil Procedure 4(i)(1) by 1 July 2013.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2013