**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GUILLERMO QUINONES,                                                            PLAINTIFF
REG. #22965-004

v.                          2:13CV00019-DPM-JJV

UNITED STATES OF AMERICA                               DEFENDANT

**ORDER**

Plaintiff's Motion to Compel (Doc. No. 22) is DENIED without prejudice as moot. Plaintiff indicates in his Statement of Facts (Doc. No. 24) that Defendant provided the requested documents. Defendant states in its October 22, 2013, Reply that the requested records were provided to Plaintiff on March 5, 2012, and September 10, 2013 (Doc. No. 26).

IT IS SO ORDERED this 24th day of October, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE