IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GUILLERMO QUINONES                                                          PLAINTIFF
Reg. # 22965-004

v.                              No. 2:13-cv-19-DPM

UNITED STATES OF AMERICA                                                    DEFENDANT

JUDGMENT

Quinones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2014