# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GUILLERMO QUINONES                                              PLAINTIFF
Reg. # 22965-004

v.                              No. 2:13-cv-19-DPM

UNITED STATES OF AMERICA                                        DEFENDANT

## ORDER

Quinones's motion for leave to appeal *in forma pauperis*, № 52, is granted. 28 U.S.C. § 1915(a). Quinones must however pay the $505.00 statutory filing fee. 28 U.S.C. § 1915(b)(1). Based on his inmate trust-fund account statement, the Court assesses an initial partial filing fee of $55.00. If his account does not contain the full $55.00, the Warden of the Forrest City Low Federal Correctional Institution shall withdraw from his account any portion of the initial filing fee available, even if the account balance is less than $10.00. The Warden also shall continue to withdraw funds until the initial partial filing fee has been paid in full, regardless of the balance in the account. After the initial fee is paid, Quinones must make monthly payments of twenty percent of the preceding month's income credited to his prison trust account each time the balance exceeds $10.00. 28 U.S.C. § 1915(b)(1)-(2). The

Court directs the Clerk to send a copy of this Order to the Warden, Forrest City Low Federal Correctional Institution, P.O. Box 9000, Forrest City, AR 72336-9000.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2014